## 59243. SHOFFEITT v. STATE OF GEORGIA.

CARLEY, Judge.

Appellant, surety on two supersedeas bonds, appeals from the entry of final judgment for their forfeiture. A thorough and diligent review of the record in this case and the authorities cited by appellant reveals that there was full compliance with the statutory provisions applicable to bond forfeiture. There was no error. *Robinson v. Brown,* 146 Ga. 257 (91 SE 31) (1916).

*Judgment affirmed. Quillian, P. J., and Shulman, J., concur.*

ARGUED JANUARY 9, 1980 — DECIDED MARCH 21, 1980.

*Martin W. Welch,* for appellant.
*Jeff C. Wayne, District Attorney, Thomas Myron Cole, Assistant District Attorney,* for appellee.